1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| **COLD SMOKE CAPITAL, LLC,** <br><br> **Plaintiff,** <br><br> v. <br><br> **DEAN P. GROSS; GREGORY W. LASER; CHRISTOPHER INNES; and WOHLFORD PARTNERS, LLC,** <br><br> **Defendants.** | Case No. CV12-08151-BRO(CWX) <br><br> **FINAL ORDER AND JUDGMENT GRANTING JOINT STIPULATION FOR DISMISSAL OF DEFENDANTS CHRISTOPHER INNES AND WOHLFORD PARTNERS, LLC WITH PREJUDICE** <br><br> **Judge:** Hon. Beverly Reid O'Connell <br> **Trial Date:** None |

IT IS HEREBY ORDERED THAT:

The Joint Stipulation for Dismissal of Defendants Christopher J. Innes ("Mr. Innes") and Wohlford Partners, LLC ("Wohlford Partners") with Prejudice is GRANTED.

Plaintiff Cold Smoke's claims against Mr. Innes and Wohlford Partners are hereby dismissed with prejudice.

1    Pursuant to Fed. R. Civ. P. 54(b), the Court finds that there is no just reason
2 for delay, and judgment is entered dismissing Defendants Mr. Innes and Wohlford
3 Partners with prejudice, with all parties to bear their own attorneys' fees and costs.
4    This Final Order and Judgment shall have no effect on Cold Smoke's claims
5 against Defendants Dean P. Gross or Gregory W. Laser.

**IT IS SO ORDERED.**

Dated:  April 11, 2014             _____
                                    HONORABLE BEVERLY REID O'CONNELL
                                    UNITED STATES DISTRICT COURT JUDGE