JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **COLD SMOKE CAPITAL, LLC,** | Case No. CV12-08151-BRO(CWX) |
| **Plaintiff,** | **FINAL JUDGMENT AGAINST DEFENDANT GREGORY W. LASER AND DEFENDANT DEAN P. GROSS** |
| v. | |
| **DEAN P. GROSS; GREGORY W. LASER; CHRISTOPHER INNES; and WOHLFORD PARTNERS, LLC,** | [FRCP, Rule 55(b)(1)] |
| **Defendants.** | **Judge:** Hon. Beverly Reid O'Connell |
| | **Trial Date:** None |

On April 17, 2014, the Court granted Plaintiff Cold Smoke Capital, LLC's Application for Default Judgment Against Defendant Gregory W. Laser and Application for Default Judgment Against Defendant Dean P. Gross [Docket 97].

It is hereby ORDERED, ADJUDGED, AND DECREED that judgment shall be, and hereby is, entered in favor of Plaintiff Cold Smoke Capital, LLC and against Defendant Gregory W. Laser and Defendant Dean P. Gross, jointly and severally,

awarding Plaintiff Cold Smoke Capital, LLC:

    (a)    Damages in the amount of $7,500,000.00;

    (b)    Pre-judgment interest in the amount of $3,602,415.00; and

    (d)    Post-judgment interest as permitted by law from April 17, 2014, through the date this Final Judgment is satisfied.

IT IS SO ORDERED.

DATED: April 28, 2014.

_____
Hon. Beverly Reid O'Connell
United States District Judge